In the Matter of the Claim of MOLLIE SEREBRINCK, Respondent, against ESTATE OF H. KAUFMAN et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued November 20, 1928; decided December 4, 1928.)

*Edward P. Mowton* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.